COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


**ORDER ON MOTION**

Cause number: 01-14-00589-CV

Style: Rosemary Thompson and Timothy E. Thompson

**v**. HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home

Equity Loan Trust Series 2004-HE3 Asset-Backed-Pass-Through Certificates

Date motion filed: September 29, 2014

Type of motion: "Motion on Substitute Trustee of Sale Home Equity Posting Admissible as Key Evidence"

Party filing motion: Appellants

Document to be filed:

Is appeal accelerated? No

If motion to extend time:
 Original due date:
 Number of previous extensions granted: Current Due date:
 Date Requested:

Ordered that motion is:

☐ Granted

  If document is to be filed, document due:

  ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Terry Jennings
    ☑ Acting individually ☐ Acting for the Court

Panel consists of _____

Date: November 25, 2014